IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TITLE GUARANTY ESCROW SERVICES, INC., | ) ) ) | CIVIL 05-00305 DAE-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CANDACE CATE, et al.,, | ) ) | |
| Defendants. | ) | |

_____

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 2, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendants-Crossclaimants George Coffman and Bonnie Coffman's Motion for Entry of Judgment against

Due for Adoption: **November 18, 2006**

Defendant Candace Cate, as Trustee of the Esselen Children Trust of 1990," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 20, 2006.



_____
David Alan Ezra
United States District Judge

cc: all parties of record

Due for Adoption: November 18, 2006